UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MUTTAQUIN F. ABDULLAH,           :
                                 :
     Plaintiff                   :    CIVIL ACTION NO. 3:15-1153
                                 :
     v                           :
                                 :    (JUDGE MANNION)
LT. MILLER, *et al.*,            :
                                 :
     Defendants                  :

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss and for summary judgment (Doc. 18) is **GRANTED**. Judgment is hereby entered in favor of the Defendants Miller, Napp, Johnson and the United States, and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).


                              s/ *Malachy E. Mannion*
                              **MALACHY E. MANNION**
                              **United States District Judge**

**DATED: August 29, 2016**